# EXHIBIT 1

| Dolin, Thomas & Solomon LLP |
| THE EMPLOYMENT ATTORNEYS |

693 East Avenue, Rochester, New York 14607
The Rand Building, 14 Lafayette Square, Suite 510, Buffalo, New York 14203

RETURN SERVICE REQUESTED

Presorted
First Class Mail
U.S. Postage
Paid
Rochester NY
Permit No. 35



T10 P1 ············AUTO**5-DIGIT
Vicky Lynn Loretto
4489 Shadyridge Dr
Hamburg NY 14075-6505

## Did you or someone you know work for Kaleida Health or Catholic Health System as an hourly employee?
## Did you ever work during or through your meal break?

If so, you may be owed compensation for working during or through your meal break. If you know someone who worked at Kaleida Health or Catholic Health System, they too may be owed compensation for this work. For information on how to claim back wages for working during or through meal breaks, visit our website at www.hospitalovertime.com or call us at 716.362.9661 or toll free at 877-272-4066.

| Dolin, Thomas & Solomon LLP |
| THE EMPLOYMENT ATTORNEYS |

693 East Avenue, Rochester, New York 14607
The Rand Building, 14 Lafayette Square, Suite 510, Buffalo, New York 14203

Attorney Advertising. Prior results 



Dolin, Thomas & Solomon LLP
THE EMPLOYMENT ATTORNEYS

Attorney Advertising

**THIS IS NOT A NOTICE FROM A COURT**    January 10, 2008

Ms. Deborah A Blane
25 Pawnee Pkwy
Buffalo, NY 14210

Re:   **BUFFALO HEALTH CARE EMPLOYEES**

Dear Ms. Blane:

If you currently work or worked for a health care entity in the Buffalo/Niagara region, you may be entitled to unpaid compensation. But you may lose some or all of that recovery if you do not act quickly.

To request any unpaid compensation, we have enclosed a form for you to sign and send back. The form allows you to recover money from a lawsuit this firm plans to file to recover unpaid wages against certain health care employers in the Buffalo/Niagara region. We obtained your name from publicly available information, directories of nursing licenses, and self-reported information.

Be careful: Because of the statute of limitations, if you do not fill the form out, you will not be able to get recovery in the lawsuit. And if you delay filling it out past when the lawsuit is filed, you can lose part or all of any unpaid wages you are owed. If you join, you are not required to pay any money.

Our law firm is currently completing an investigation of how Buffalo Health Care employers paid their nurses, technicians, and hourly employees. Such Buffalo Health Care employers that we are investigating include, but are not limited to, Kaleida Health, Catholic Health, and Erie County Medical Center. Our investigation has shown that, among other things, health facility employers do not pay workers for their lunches during which employees performed some work. Be aware you are owed this money even if you agreed to work this extra time, and even if you did not expect to get paid for it.

We expect to be filing a lawsuit shortly on those violations. Please review our website regarding this case at **www.hospitalovertime.com**

Please let other current or former employees know about this case and their rights to join. They, too, may be losing money every day they wait.

If you have questions before joining, an attorney from our office will be glad to speak to you. All consultations on this matter are free, completely confidential, and without obligation. Please contact us.

Very truly yours,

Justin Cordello/smk

Justin M. Cordello

693 East Avenue, Rochester, New York 14607 tel: 585.272.0540 fax: 585.272.0574
jcordello@theemploymentattorneys.com • www.theemploymentattorneys.com

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in this action, seeking payment of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

☐ I am/was employed by Kaleida Health.

☐ I am/was employed by Catholic Health System.

☐ I am/was employed by Erie County Medical Center.

☐ I am/was employed by another health institution: _____

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, including the settlement therefore, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____    _____    _____
Signature                             Date                      Print Name

Consent to Opt-in 17064

## CONTACT INFORMATION

_____
Name

_____
Street Address

_____
City, State Zip

_____
Social Security Number

_____
Home Telephone Number

_____
Cell Phone Number

_____
E-mail Address (if applicable)

☐ I am/was employed by Kaleida Health.

☐ I am/was employed by Catholic Health System.

☐ I am/was employed by Erie County Medical Center.

☐ I am/was employed by another health institution: _____

**PLEASE KEEP US INFORMED OF ANY CHANGES TO THE ABOVE INFORMATION. THANK YOU.**

RETURN FORM TO:

*Buffalo Health Care Potential Class Action Lawsuit*
*Dolin, Thomas & Solomon LLP*
*693 East Avenue*
*Rochester, New York 14607*

Please review www.hospitalovertime.com for important information about your case.

If you have any additional questions, feel free to contact the law firm above at
www.hospitalovertime.com (website)
info@hospitalovertime.com (e-mail)
585.272.0540 (telephone M-F 9AM-5PM ET)
585.272.0574 (facsimile)

Consent to Opt-in 17064