# EXHIBIT 2



Investigations Into Pay Practices at Syracuse Hospitals

return to hospitalovertime.com

KALEIDA HEALTH | class action | take action | FAQs | attorneys | legal & important information | contact us

PRESS / MEDIA click here



DISCLAIMER

Dolin, Thomas & Solomon LLP will not represent you until we have filed your completed consent form in court. Until that time you are not a client of this law firm. If Dolin, Thomas & Solomon LLP represents you our representation will be limited to unpaid wage claims or claims arising out of wage and hour law.

I acknowledge I have read the above

Please review the Statement of Client Rights

Attorney Advertising. Advertising Material: Hospital Class Action Lawsuits & Investigations are being handled by Dolin, Thomas & Solomon LLP. Prior Results do not guarantee similar outcomes. Damage awards in other lawsuits are only identified as an example of the types of settlements obtained and are not a guarantee of whether any recovery may be obtained. If Dolin, Thomas & Solomon LLP represents you, our representation will be limited to unpaid wage claims or claims arising out of wage and hour law as alleged in the complaint if it is filed. This website should not be construed as legal advice. Attorneys at Dolin, Thomas & Solomon LLP are licensed to practice in New York State only. Dolin, Thomas & Solomon is not responsible for the content of external internet sites or images from other sources.
Dolin, Thomas & Solomon LLP | 693 East Avenue, Rochester, NY 14607 | 877.272.4066 (tel), 877.272.4088 (fax)

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," including if appropriate a named or representative plaintiff in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

**I am/was employed by Kaleida Health.**

I authorize the representative plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I hereby further authorize the named plaintiffs to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, including any settlement and therefore, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____    ___/___/___
Signature                                          Date

_____
Print Full Legal Name

Consent to Opt in 18626

# INFORMATION SHEET

Please keep us informed of any changes to your contact information

**Dolin, Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

(PLEASE FILL OUT COMPLETELY)

Name _____
   First name           Last name

Home Phone ( ___ ___ ___ ) - ___ ___ ___ - ___ ___ ___ ___

Address _____

Cell Phone ( ___ ___ ___ ) - ___ ___ ___ - ___ ___ ___ ___

City _____ State ____ Zip Code _____

E-Mail Address _____

Social Security Number [x][x][x] - [x][x] - [ ][ ][ ][ ]
                                              Last four digits

Any personal identification information that you provide to us will not be disclosed to your employer and will only be used to protect your interests and the class members in this lawsuit or investigation.

(PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by Kaleida Health.

____/____/____   ____/____/____
Start Date           End Date

☐ I am/was employed by another health care institution.

_____   ____/____/____   ____/____/____
Name of Health Care Institution – City/State   Start Date   End Date

_____   ____/____/____   ____/____/____
Name of Health Care Institution – City/State   Start Date   End Date

_____   ____/____/____   ____/____/____
Name of Health Care Institution – City/State   Start Date   End Date

Please note that our representation of you will start only if we file a lawsuit and we submit your Consent Form in court seeking payment of unpaid wages, and other claims arising out of wage and hour law.

PLEASE RETURN TO   **Hospital Overtime Class Action Lawsuits & Investigation**
Dolin, Thomas & Solomon LLP
693 East Avenue
Rochester, New York 14607

**If you have any additional questions, feel free to contact the law firm above at**
www.hospitalovertime.com (website)   info@hospitalovertime.com (e-mail)
585.272.0540 (telephone M-F 8:30AM-5:30PM ET)   585.272.0574 (facsimile)

Consent to Opt in 18626