# EXHIBIT 3

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in this action, seeking payment of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

☒ I am/was employed by Kaleida Health.

☐ I am/was employed by Catholic Health System.

☐ I am/was employed by Erie County Medical Center.

☒ I am/was employed by another health institution: Lakewood of Elderwood

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, including the settlement therefore, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: [signed]
Date: 1/23/08
Print Name: Penny M. O'Connor

Consent to Opt-in 17064

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in this action, seeking payment of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

☒ I am/was employed by Kaleida Health.

☒ I am/was employed by Catholic Health System.

☐ I am/was employed by Erie County Medical Center.

☒ I am/was employed by another health institution: *Lakeshore Hospital now TLC*

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, including the settlement therefore, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

*Charlene Matyjakowski*   1/13/08   Charlene Matyjakowski
Signature                  Date      Print Name

Consent to Opt-in 17064

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in this action, seeking payment of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

☒ I am/was employed by Kaleida Health. _Millard Fillmore Sub. Hosp._

☐ I am/was employed by Catholic Health System.

☐ I am/was employed by Erie County Medical Center.

☒ I am/was employed by another health institution: _Strong Memorial Hosp (Roch.)_

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, including the settlement therefore, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Mark F. Josker SR_   1/13/08       MARK F. JOSKER SR
Signature                Date          Print Name

Consent to Opt-in 13224

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in this action, seeking payment of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

☒ I am/was employed by Kaleida Health.

☐ I am/was employed by Catholic Health System.

☐ I am/was employed by Erie County Medical Center.

☒ I am/was employed by another health institution: Pediatric Services of America

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, including the settlement therefore, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Shannon C. Ayotte_   1/11/08   _Shannon C. Ayotte_
Signature                Date          Print Name

Consent to Opt in 13224

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in this action, seeking payment of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

☒ I am/was employed by Kaleida Health.

☒ I am/was employed by Catholic Health System.

☐ I am/was employed by Erie County Medical Center.

☒ I am/was employed by another health institution: __Briarwood Manor__

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, including the settlement therefore, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Cynthia J. Stone_  01-10-08          _Cynthia L. Stone_
Signature                    Date          Print Name