UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CATHERINE GORDON, *et al.*,

                           Plaintiffs,            **ORDER**

    v.

                                                        **08-CV-378S(F)**

KALEIDA HEALTH, *et al.*,

                           Defendants.
_____

       By papers filed August 30, 2012 (Doc. No. 371), Defendants move to dismiss. Plaintiffs' response shall be filed not later than **September 28, 2012**. Defendants' reply, if any, shall be filed not later than **October 12, 2012**. Oral argument shall be at the discretion of the court.

SO ORDERED.

                                                     /s/ *Leslie G. Foschio*
                                      _____
                                          LESLIE G. FOSCHIO
                             UNITED STATES MAGISTRATE JUDGE

Dated: August 31, 2012
       Buffalo, New York