UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CATHERINE GORDON, et al.,

                                *Plaintiffs,*        NOTICE OF MOTION

     v.                                                  Civil Action
                                                             No. 08-CV-0378 (WMS)

KALEIDA HEALTH, et al.,

                                *Defendants.*

| | |
|---|---|
| MOTION BY: | Plaintiffs. |
| RELIEF REQUESTED: | An order compelling defendants to engage in meaningful meet and confer discussions regarding an ESI protocol with both parties' respective ESI experts/consultants; and an order that if the parties are unable to agree upon an ESI protocol by a deadline set by the Court, that each side submit its own proposed ESI protocol to the Court for a ruling as to which protocol should be adopted in this case. |
| BASIS FOR RELIEF REQUESTED: | Federal Rule of Civil Procedure 26 and applicable case law. |
| SUPPORTING PAPERS: | Memorandum of Law in Support of Motion to Compel, Affirmation of Sarah E. Cressman with Exhibits. |
| PLACE: | United States District Court<br>Western District of New York<br>2 Niagara Square<br>Buffalo, New York 14202 |
| DATE AND TIME: | To be determined by the Court |
| REPLY PAPERS: | Pursuant to Local Rule 7.1(c), plaintiffs intend to file and serve reply papers. |

Dated: October 5, 2012

          **THOMAS & SOLOMON LLP**

      By:    <u>s/ Sarah E. Cressman</u>
               Michael J. Lingle, Esq.
               Sarah E. Cressman, Esq.
               *Attorneys for Plaintiffs*
               693 East Avenue
               Rochester, New York 14607
               Telephone: (585) 272-0540
               mlingle@theemploymenattorneys.com
               scressman@theemploymentattorneys.com